**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17-07988, |
| Candido Contreras ) | HON. A. Benjamin Goldgar |
| ) | |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

Rodion Leshinsky, Feldman Garcia Leshinsky & Miljus LLC, 10258 S. Western Ave Suite 210 A, Chicago, IL 60643;

Candido Contreras- 8534 South Greenbay, Chicago, IL 60617;

PLEASE TAKE NOTICE that on December 12, 2023, at 9:30 a.m., I will appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, either in courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion to substitute attorney, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 319 7225, and the passcode is 584922. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ *Patrick Semrad*
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named attorney from Feldman Garcia Leshinsky & Miljus LLC and to the Debtor, whose address is listed above via regular U.S. Mail with postage prepaid from the mailbox located at 11101 S Western Ave, Chicago, IL 60643 on November 30, 2023.

/s/ *Patrick Semrad*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
312-913-0625
psemrad@semradlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17-07988, |
| Candido Contreras ) | HON. A. Benjamin Goldgar |
| ) | |
| DEBTOR. ) | |

## MOTION TO SUBSTITUTE ATTORNEY

The Law Offices of The Semrad Law Firm, LLC, having been retained by the Debtor, respectfully moving this Honorable Court to enter an Order for substitution of attorney to Patrick Semrad, an attorney from The Semrad Law Firm, LLC, and states as follows:

1. On May 18, 2022, the employment of Steve Miljus, Rodion Leshinsky, Rigoberto Garcia, and Eugene Feldman (collectively "the departing attorneys") with the Semrad Law Firm was terminated.

2. Mr. Rodion Leshinsky has an appearance on file in the abovementioned case.

3. On or about July 1, 2022, Patrick Semrad also filed an appearance on behalf of the Debtor(s).

4. The appearance of Rodion Leshinsky should be terminated.

5. Debtor, and The Semrad Law Firm, LLC, respectfully requests that the attorneys of record in this proceeding and future proceedings be substituted with Patrick Semrad, an attorney from The Semrad Law Firm, LLC.

The Debtor and The Semrad Law Firm, LLC, pray this Honorable Court for the following relief:

  (a)  That this Honorable Court enter an Order for substitution of attorney to Patrick Semrad, an attorney from The Semrad Law Firm, LLC; and

  (b)  The appearance of Rodion Leshinsky is terminated.

Respectfully Submitted,

/s/ *Patrick Semrad*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
312-913-0625
psemrad@semradlaw.com